Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____  Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  
**Renhurst Holdings, Inc.**

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**  
**8 3 – 3 0 5 2 7 4 0**

**4. Debtor's address**

Principal place of business

**817 E. Renfro Street**  
Number    Street

**Burleson, TX 76028**  
City    State    ZIP Code

**Johnson**  
County

Mailing address, if different from principal place of business

Number    Street

City    State    ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City    State    ZIP Code

**5. Debtor's website (URL)**  

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor **Renhurst Holdings, Inc.** Case number *(if known)* _____

Name

**7. Describe debtor's business**

A. *Check one:*

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❏ Railroad (as defined in 11 U.S.C. §101(44))

❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❏ Clearing Bank (as defined in 11 U.S.C. §781(3))

❏ None of the above

B. *Check all that apply:*

❏ Tax-exempt entity (as described in 26 U.S.C. §501)

❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**5  3  1  3**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❏ Chapter 7

❏ Chapter 9

☑ Chapter 11. *Check all that apply:*

❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

❏ A plan is being filed with this petition.

❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

❏ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

❏ No

☑ Yes. Debtor **Hurst Operations, Inc.**    Relationship **Affiliate**

District **Northern District of Texas**    When **10/7/2025**
                                                MM / DD / YYYY

Case number, if known _____

Debtor   **Renhurst Holdings, Inc.**                                            Case number *(if known)*
         Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number   Street<br>   _____<br>   City                    State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000          ☑ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor **Renhurst Holdings, Inc.**     Case number *(if known)*
     Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/07/2025**
     MM/ DD/ YYYY

X **/s/ Qasim Saeed**      **Qasim Saeed**
Signature of authorized representative of debtor      Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Joseph Fredrick Postnikoff**     Date **10/07/2025**
Signature of attorney for debtor      MM/ DD/ YYYY

**Joseph Fredrick Postnikoff**
Printed name

**Rochelle McCullough, LLP**
Firm name

**300 Throckmorton Street, Suite 520**
Number    Street

**Fort Worth**      **TX**      **76102-2929**
City      State      ZIP Code

**(817) 347-5261**      **JPostnikoff@romclaw.com**
Contact phone      Email address

**16168320**      **TX**
Bar number      State

Debtor  **Renhurst Holdings, Inc.** Case number *(if known)*
    Name

▮ **Additional Page**

10. Continued

    Debtor **HAIS Investments, Inc.**     Relationship **Affiliate**

    District **Northern District of Texas**     When **10/7/2025**
                                                                                                         MM / DD / YYYY

    Case number, if known

# RESOLUTION

I, Qasim Saeed, the undersigned President of Renhurst Holdings, Inc., a Texas corporation (the "Corporation"), do hereby certify that at a meeting of the Board of Directors of the Corporation duly called and held on the 2nd day of October 2025, the following resolutions were adopted and recorded in the minute book of the Corporation after full discussion by the Board of Directors on the matters to which the resolution applies, and they have not been modified or rescinded, and are still in full force and effect. Notice of the meeting was sufficient in all respects.

"RESOLVED, that notice of this meeting of the Board of Directors is approved by all Directors of the Corporation and all notices and formal items related to this meeting are waived by the directors; and it is

"FURTHER RESOLVED, that in the judgment of the Board of Directors of the Corporation, it is desireable and in the best interests of the Corporation, its creditors, and other interested parties, that a petition be filed by the Corporation seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is

"FURTHER RESOLVED, that the President is hereby authorized to execute and verify such petition and all other documents associated therewith and cause the same to be filed, and to take such other action as is appropriate or necessary to seek relief under Chapter 11 of the Bankruptcy Code, and that the execution and verification of the petition is hereby ratified and adopted; and it is

"FURTHER RESOLVED, that the Corporation shall retain and employ all assistance by legal counsel or otherwise as deemed necessary and proper to secure for the benefit of the Corporation any and all relief to which it may be entitled under Chapter 11 of the Bankruptcy Code; and the Corporation shall engage and continue the engagement of the Rochelle McCullough, LLP, as legal counsel in connection with the reorganization of the Corporation and to pay a retainer fee to that law firm to be agreed upon by the President of the Corporation."

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Corporation on this the 6th day of October 2025.

By: _____
Qasim Saeed, President

| | |
|---|---|
| Joseph F. Postnikoff | Michael Pipkin |
| State Bar No. 16168320 | State Bar No. 24122988 |
| Email: jpostnikoff@romclaw.com | Email: mpipkin@romclaw.com |
| ROCHELLE MCCULLOUGH, LLP | 901 Main Street, Suite 3200 |
| 300 Throckmorton Street, Suite 520 | Dallas, TX 75202 |
| Fort Worth, Texas 76102 | Telephone: 214.953.0182 |
| Telephone: 817.347.5260 | Facsimile: 888.467.5979 |
| Facsimile: 817.347.5269 | http://www.romclaw.com |
| http://www.romclaw.com | |

PROPOSED COUNSEL FOR DEBTORS IN POSSESSSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RENHURST HOLDINGS, INC., | § | Case No. 25-_____ |
| | § | |
| Debtors. | § | In Proceedings Under Chapter 11 |

**CORPORATE OWNERSHIP STATEMENT [Rules 1007(a)(1) and 7007.1]**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, there are no entities to report.

Fill in this information to identify the case:

Debtor name: **Renhurst Holdings, Inc.**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Trinity Marketing c/o Curtis Graf 317 Steeplechase Dr. Irving, TX 75062 | (214) 212-2211 | Subcontractor | | | | $45,897.80 |
| 2 | Anthony Rocha Concrete c/o Anthony Rocha 2914 Ave H Fort Worth, TX 76105 | (817) 896-0023 rochasconcrete@yahoo.com | Subcontractor | | | | $25,722.00 |
| 3 | Air Control Repair 919 Breckenridge Dr. Desoto, TX 75115 | (214) 675-3399 juanhvac75@aircontrolrepairyahoo.com | Subcontractor | | | | $13,011.90 |
| 4 | Clean Air Services 204 Hampel Rd Palmer, TX 75152 | (214) 207-8464 jesus@cleanairsvcs.com | Subcontractor | | | | $12,252.88 |
| 5 | TZE Electric 3106 Ruder St Dallas, TX 75212 | (469) 585-6387 myrna@triplezelectric.com | Subcontractor | | | | $12,085.69 |
| 6 | StarPoint Plumbing, LLC 625 Albrook Dr. Allen, TX 75002 | (972) 542-3320 javier.l@starpointtx.com | Subcontractor | | | | $10,516.00 |
| 7 | Jimco Sales 3113 St. Louis Ave Fort Worth, TX 76110 | (817) 924-6173 | Subcontractor | Contingent Disputed Unliquidated | | | $10,000.00 |
| 8 | Silva Ventilation c/o Felipe Silva 2318 Patricia Lane Garland, TX 75041 | (214) 606-3685 silvafelipe0317@gmail.com | Subcontractor | | | | $8,500.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 1

Debtor **Renhurst Holdings, Inc.**
      Name

Case number *(if known)* _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Fortier, Inc.<br>551 Equity Avenue<br>Conway, AR 72032 | (501) 329-6309 | Subcontractor | Contingent<br>Disputed<br>Unliquidated | | | $6,777.96 |
| 10 | JC Masonary<br>926 W. 7th Street<br>Dallas, TX 75208 | (214) 460-0338<br>juansauceda87@yahoo.com | Subcontractor | | | | $6,500.00 |
| 11 | United Cooperative Electric<br>2601 S. Burleson Blvd.<br>Burleson, TX 76028 | (817) 447-9292 | Utility | | | | $3,396.68 |
| 12 | Mori's Engineering, Inc.<br>1812 MacGregor Drive<br>Plano, TX 75093 | (972) 816-2626<br>moriakhavan@yahoo.com | Subcontractor | | | | $2,300.00 |
| 13 | Timmons Grading Contractor Inc.<br>PO Box 1411<br>Kennedale, TX 76060 | (817) 825-0043<br>timmonsbret@sbcglobal.net | Subcontractor | | | | $2,200.00 |
| 14 | Bethesda Water<br>PO Box 130<br>Burleson, TX 76028 | (817) 295-2131<br>bethesda@bethesdawatersupply.com | Utility | | | | $846.16 |
| 15 | KRHX3 Development<br>c/o Richard A. Cuccia, II<br>Cuccia Wilson, PLLC<br>108 E. Chambers Street<br>Cleburne, TX 76031 | chelsea@krhx3.com | Subcontractor | Contingent<br>Disputed<br>Unliquidated | | | $1.00 |
| 16 | Madina Construction<br>9702 Brockbank Dr. Ste. 130<br>Dallas, TX 75220 | weston.davis@akerman.com | Subcontractor | Contingent<br>Disputed<br>Unliquidated | | | $1.00 |
| 17 | Underwood Law Firm<br>c/o Cara D. Kennemer<br>600 Bailey Avenue<br>Fort Worth, TX 76107 | (817) 885-7529<br>cara.kehnnemer@uwlaw.com | Legal services | | | | $1.00 |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **Renhurst Holdings, Inc.**　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　**10/07/2025**　　Signature　　**/s/ Qasim Saeed**
　　　　　　　　　　　　　　　　　　　　Qasim Saeed, President

Air Control Repair
919 Breckenridge Dr.
Desoto, TX 75115

Anthony Rocha Concrete
c/o Anthony Rocha
2914 Ave H
Fort Worth, TX 76105

Atmos Energy
PO Box 740353
Cincinnati, OH 45274-0353

Attorney General of the United States
Office of the Attorney General
Main Justice Building, Rm 5111
10th & Constitution Avenue, N.W.
Washington, DC 20530

Bethesda Water
PO Box 130
Burleson, TX 76028

Canon Financial Services, Inc.
158 Gaither Dr Suite 200
Mount Laurel, NJ 08054

Clean Air Services
204 Hampel Rd
Palmer, TX 75152

Empire Petroleum Partners, LLC
Attn: Legal Department
8350 N. Central Expressway Suite M2185
Dallas, TX 75206

Fortier, Inc.
551 Equity Avenue
Conway, AR 72032

Golden Bank National Association
c/o Brian Clark
9315 Bellaire Blvd.
Houston, TX 77036

HAIS Investments Inc
817 E. Renfro
Burleson, TX 76028

Hurst Operations, Inc.
817 East Renfro Street
Burleson, TX 76028

Internal Revenue Service
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA 19101

JC Masonary
926 W. 7th Street
Dallas, TX 75208

Jimco Sales
3113 St. Louis Ave
Fort Worth, TX 76110

Johnson County Tax Assessor Collector
2 N Mill Street
Cleburne, TX 76033

Kane Russell Coleman Logan
c/o Michael Desmond
901 Main Street Suite 5200
Dallas, TX 75202

KRHX3 Development
c/o Richard A. Cuccia, II
Cuccia Wilson, PLLC
108 E. Chambers Street
Cleburne, TX 76031

Madina Construction
9702 Brockbank Dr. Ste. 130
Dallas, TX 75220

Mori's Engineering, Inc.
1812 MacGregor Drive
Plano, TX 75093

Office of the United States Trustee
1100 Commerce St Ste 976
Dallas, TX 75242-1011

Qasim Saeed
PO Box 736
Rio Vista, TX 76093

Qasim Saeed
PO 736
Rio Vista, TX 76093

Sajween Saeed
PO Box 736
Rio Vista, TX 76093

Silva Ventilation
c/o Felipe Silva
2318 Patricia Lane
Garland, TX 75041

Small Business Administration
4300 Amon Carter Blvd. Suite 114
Fort Worth, TX 76155

StarPoint Plumbing, LLC
625 Albrook Dr.
Allen, TX 75002

Texas Alcohol Beverage Commission
License and Permits Division
PO Box 13127
Austin, TX 78711

Texas Attorney General's Office
Bankruptcy-Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Texas Comptroller Of Public Accounts
State Comptroller of Public Accounts
Revenue Accounting Division-Bankruptcy Section
P.O. Box 13528
Austin, TX 78711

Timmons Grading Contractor Inc.
PO Box 1411
Kennedale, TX 76060

Trinity Marketing
c/o Curtis Graf
317 Steeplechase Dr.
Irving, TX 75062

TZE Electric
3106 Ruder St
Dallas, TX 75212

Underwood Law Firm
c/o Cara D. Kennemer
600 Bailey Avenue
Fort Worth, TX 76107

United Cooperative Electric
2601 S. Burleson Blvd.
Burleson, TX 76028

Weston M. Davis
2001 Ross Avenue Suite 3600
Dallas, TX 75201